IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS D. MESSERLI,

    Plaintiff,                    No. CIV S-05-2461 DFL CMK P

    vs.

ANTHONY J. MALFI, Warden, et al.,

    Defendants.               ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Tuolumne County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(b).

       Pursuant to Local Rule 3-120(d), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. The court has not ruled on plaintiff's motion for appointment of counsel, filed on December 23, 2005. As to the court's December 13, 2005, order dismissing the complaint with

1

leave to amend, plaintiff will be required to file a first amended complaint, consistent with the court's order, in the Fresno division within 30 days of notification by that court of the new case number for this action.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721

DATED: January 12, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE