UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS D. MESSERLI, ) | 1:06-CV-00043-OWW-DLB-P |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME |
| v. ) | (DOCUMENT #8) |
| ANTHONY J. MALFI, et al., ) | |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On January 11, 2006, plaintiff filed a motion to extend time to file an Amended Complaint. Inasmuch as plaintiff filed the Amended Complaint on February 9, 2006, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to file his Amended Complaint is GRANTED nunc pro tunc to January 11, 2006.

IT IS SO ORDERED.

Dated:   February 17, 2006                    /s/ Dennis L. Beck
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE